KYLE NAVARRA, an Infant, by His Parents and Natural Guardians, DEBBIE NAVARRA and Another, et al., Appellants, v FOUR WINDS HOSPITAL-WESTCHESTER, Respondent.

Submitted June 4, 2012; decided June 28, 2012

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.